# United States District Court

## For the Eastern District of Tennessee

Joseph Alexander

    Plaintiff

v.

Dawn Hill-Kearse, Sergio Jimenez

    Defendant

Case No. 2:26-cv-20 Corker/Wyrick

Jury Trial demanded

## COMPLAINT FOR A CIVIL CASE

1. Upon information and belief, Defendants conspired together and intentionally delayed the calendar of motions, in violation of due process.

2. The basis for this court's jurisdiction is federal law.

## RELIEF

Plaintiff demands compensation of $500,000.

## CERTIFICATION

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

1/10/2026